## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

**JASON McDONALD**                                                               **PETITIONER**
**Reg. No. 30929-510**

**v.**                          **CASE NO. 2:26-CV-00051-BSM**

**C. HUMPHREY, Warden**                                                          **RESPONDENT**

## ORDER

After careful review of the record, United States Magistrate Judge Joe J. Volpe's

recommended disposition [Doc. No. 7] is adopted, and Jason McDonald's petition for writ

of habeas corpus is dismissed without prejudice.

IT IS SO ORDERED this 23rd day of June, 2026.


_____
UNITED STATES DISTRICT JUDGE