## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### DELTA DIVISION

**JASON McDONALD**                                                          **PETITIONER**
**Reg. No. 30929-510**

**v.**                                    **CASE NO. 2:26-CV-00051-BSM**

**C. HUMPHREY, Warden**                                          **RESPONDENT**

### JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 23rd day of June, 2026.

_____
UNITED STATES DISTRICT JUDGE